FILED
2011 Jan-31 AM 07:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

### CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**

v.                                                                    CASE NUMBER: MAG 11-021

**ADAM BRETT SANDFORD,**
**defendant**

I, Suzanne Prevatte, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

#### Count One

On or about January 28, 2011, in Jefferson County, within the Northern District of Alabama, and elsewhere the defendant,

**ADAM BRETT SANDFORD,**

while using a facility and means of interstate commerce, to wit: the internet and a telephone, did knowingly attempt to persuade, induce, and entice an individual, known to the defendant as a 14 year old minor female, who had not obtained the age of 18 years to engage in prostitution and sexual activity for which the defendant can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Homeland Security Investigations(HSI), U.S. Department of Homeland Security, and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference.

See Attachment "A"

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 28th 2011__           at           __Birmingham, Alabama__
Date                                              City and State

PAUL W. GREENE
Chief United States Magistrate Judge                    _____
Name and Title of Judicial Officer                              PAUL W. GREENE

ATTACHMENT A

AFFIDAVIT

I, Suzanne Prevatte, after being duly sworn in due form of law, depose and say that:

1. I am a Special Agent with the U.S. Homeland Security Investigations (HSI), U.S. Department of Homeland Security. I have been so employed for 8 years.

2. This affidavit is made in support of a criminal complaint for Adam Brett Sandford, the defendant. The defendant is a native and citizen of the United States, born in or about June of 1989, social security number xxx-xx-4659.

3. On or about January 28, 2011, the defendant initiated email contact, via the internet, with undercover law enforcement officers by responding to an internet advertisement. In the correspondence, the defendant came to believe that a person was willing to arrange for the defendant to engage in sexual activity for a price with a minor female.

4. On or about January 28, 2011, in correspondence between the defendant and undercover agents, the defendant made arrangements to attempt to pay $150.00 to engage in oral sex and/or "just regular sex" with a minor female, which would constitute criminal sexual activity.

5. On January 28, 2011, the defendant indicated within an email communication "i am interested I am in to eatin pussy doin anal sometimes kissin and just simple things so do yall want to meet". The defendant agreed to meet undercover law enforcement officers at a hotel in Jefferson County, Alabama, in order to engage in the aforementioned sexual activity with a minor female. When the defendant showed up at the hotel, the defendant asked if the undercover was a police officer, asked the undercover if he was wearing a wire, and afterwards the defendant paid $150.00 to the undercover police officer. When the defendant paid the $150.00, the defendant acknowledged that he wasn't going to do anything kinky by saying, "No, just straight sex."

6. On January 28, 2011, identification of the defendant was made when agents located his Driver License on his person at the time of arrest at the hotel in Shelby County.

7. On January 28 2011, Officers of the Department of Homeland Security interviewed the defendant after having advised him of his Miranda rights. The defendant waived his Miranda rights verbally and through a written form, and provided an oral and written statement as to his actions.

8. During the interview, the defendant indicated that he responded to an internet advertisement utilizing an email address. This response was made utilizing his laptop computer at his home via the internet.

9. He stated during the interview that he had knowledge of the age. He stated that he wanted to engage in oral, anal and vaginal sexual intercourse with the minor female for monetary payment.

10. The defendant did use a facility and means of interstate and foreign commerce to attempt to engage in sexual intercourse with a minor female under the age of 16 years old for $150.00, in violation of Title 18 U.S.C. 2422(b). In addition to prostitution, as a matter of law, the following is some of the sexual activity for which Adam Brett Sandford, the defendant, can be charged with a criminal offense under Alabama law, or may apply under Alabama law:

> RAPE in the SECOND DEGREE [Ala. Code § 13A-6-62 (1975)]: A person commits the crime of rape in the second degree if: He, being 16 years old or older, he engages in sexual intercourse with a member of the opposite sex less than 16 and more than 12 years old; provided, however, the actor is at least two years older than the member of the opposite sex;
>
> SEXUAL ABUSE in the SECOND DEGREE [Ala. Code § 13A-6-67 (1975)]: A person commits the crime of sexual abuse in the second degree if: He, being 19 years or older, subjects another person to sexual contact who is less than 16 years old, but more than 12 years old;
>
> "Sexual Intercourse" has its ordinary meaning and occurs upon any penetration, however slight; emission is not required. Ala. Code § 13A-6-60 (1975);

"Sexual Contact" means any touching of the sexual or other intimate parts of a person not married to the actor, done for the purpose of gratifying the sexual desire of either party. Ala. Code § 13A-6-60 (1975).

_____
Suzanne Prevatte
Senior Special Agent
Department of Homeland Security


_____
PAUL W. GREENE
CHIEF UNITED STATES MAGISTRATE JUDGE